EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

DENNIS L. DEBAR, JR.
Special Assistant U.S. Attorney
15 AW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  448-0999
Email:  dennis.debar@hickam.af.mil

Attorneys for Plaintiff

LODGED

OCT 0 8 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 2 2004

at____o'clock and____min.___M
WALTER A.Y.H. CHINN, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )      CR. NO.:  00-00402
      vs.                      )
                               )      ORDER FOR DISMISSAL
SHANDY T. POSEY,               )      WITHOUT PREJUDICE
                               )
            Defendant.         )
_____)


ORDER FOR DISMISSAL


      Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of the court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses,

without prejudice, the information against Defendant SHANDY T.

POSEY, due to witness unavailability.


DATED:  Honolulu, Hawaii, October ___8___, 2004.

DENNIS L. DEBAR, JR.
Special Assistant. U.S. Attorney
District of Hawaii


APPROVED AND SO ORDERED:


BARRY M. KURREN

UNITED STATES MAGISTRATE JUDGE


UNITED STATES v. SHANDY T. POSEY
CR. NO.: 00-00402
Order For Dismissal